**Opinion issued December 7, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00480-CV

———————————

**YACKOV YOUSOPOV, Appellant**

**V.**

**HARRIS COUNTY TOWING SOLUTIONS, INC.; L ANGEL AUTO STORAGE; M5250, Appellees**

On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Case No. 1200237

## MEMORANDUM OPINION

Appellant has not paid the filing fee in this case. On July 21, 2023, the Court issued a notice that the filing fee had not been paid and that the appeal might be dismissed unless appellant paid the fee by August 21, 2023. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041;

Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). After being notified on July 21, 2023 that the appeal was subject to dismissal, appellant failed to adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case). Appellant has neither paid the required filing fee nor established indigence for purposes of appellate costs.

Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 42.3(c). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.